# <u>SECURED PROMISSORY NOTE</u>

**September 19, 2023**

FOR VALUE RECEIVED, the undersigned ("Maker") promises to pay to the order of Capital Solutions Bancorp, LLC ("Payee"), at 12761 World Plaza Lane, Fort Myers, FL 33907, attention Carlos Weil, the amount set forth above, with interest accruing at 2.5% (the "Total Amount")**.**

Maker and Payee are parties to that certain Accounts Receivable Purchase Agreement dated February 19, 2019 and Mr. Robert Andris is Indemnitor pursuant to an Indemnity executed on essentially the same date (together, the "Agreements"). This Note is secured by all Collateral (as defined in the Agreements) now or hereafter granted by Maker and Indemnitor to Payee.

**Maker shall pay the Total Amount in 104 weekly installments of $6,323.00 each. The Note shall be satisfied upon receipt of the 104th weekly installment which totals $657,540. However, if the Total Amount is paid in full by September 30th 2025, Payee shall reimburse Maker $30,000.**

This Note may be prepaid in whole or in part at any time.

All unpaid amounts due under this Note shall become immediately due and payable without demand or notice in the event:

1. Default by Maker in the performance of any other agreement now or hereafter in effect between Maker and Payee; or

2. Maker applies for or consents to the appointment of a custodian, receiver, trustee, or similar officer for it or for all or any substantial part of its property, or such custodian, receiver, trustee, or similar officer is appointed without the application or consent of Maker and such appointment continues undischarged for a period of sixty (60) days.

If there is a default of this Note or the Agreements, Payee may exercise any rights given to it by Maker pursuant to the Agreements, including but not limited to foreclosing on the Collateral or seeking to enforce this Note.

**Avondale Decor, LLC**

By: *Mr. Robert Andris* (DocuSigned) Date: 9/19/2023 | 1:26 PM PDT

Name: Mr. Robert Andris

Title: Vice President

Address: 195 Duke Street
Louisa, VA 23093