# THIRD AMENDMENT OF ACCOUNTS RECEIVABLE PURCHASE AGREEMENT

## RECITALS

A. The Parties wish to amend the Agreement by adding provisions to adjust for inflation.

B. The Parties wish that this amendment be effective as of the Effective Date.

NOW, THEREFORE, in consideration of the premises, and intending to be legally bound hereby, the Parties hereby agree as follows:

## AGREEMENT

1. **DEFINITIONS.**

   1.1 All capitalized terms used but not defined herein shall be as defined in the Agreement.  The following terms used herein are defined as follows:

   1.1.1 "**Agreement**" – That certain Accounts Receivable Purchase Agreement dated 2/12/2019 between Seller and Purchaser as may have been amended from time to time.

   1.1.2 "**Effective Date**" – 1/1/2022.

   1.1.3 "**Parties**" – Seller and Purchaser.

   1.1.4 "**Purchaser**" – See Preamble.

   1.1.5 "**Seller**" – See Preamble.

2. **AMENDMENT OF THE AGREEMENT.**

   2.1 The following paragraph is added to Section 5 – "**Fees and Expenses**" of the Agreement, in its corresponding numbering:

   **Monthly Inflation Adjustment**.  The Monthly Inflation Adjustment, if any, on the first day of the month following its accrual,

   2.2 The following is added to Section 37 – "**Definitions and Index to Definitions**"**,** in its corresponding numbering:

   "**Monthly Inflation Adjustment**" – In any calendar month, the product of (i) the percentage CPI Increase and (ii) the Service Charge earned during said month.

   "**CPI**" – The Consumer Price Index (CPI-U) as published by the United States Bureau of Labor Statistics as in effect as of the last day of any month.

   "**CPI Increase**" – In any calendar month, a fraction, expressed as a percent, with the numerator being the increase, if any, in the CPI between said month and CPI in effect on the last day of the month of the Effective Date (the "**Effective Date CPI**"), and the denominator being the Effective Date CPI.

3. **EFFECTIVE DATE**

    3.1 This amendment shall be effective as of the Effective Date.

4. **MODIFICATION.**

    4.1 Except as expressly modified hereby, the Agreement shall remain unchanged and in full force and effect.

5. **CONFLICTS.**

    5.1 If a conflict exists between the provisions of the Agreement and the provisions of this Amendment, the provisions of this Amendment shall control.

6. **COUNTERPARTS.**

    6.1 This Amendment may be signed in any number of counterparts, each of which shall be an original, with the same effect as if all signatures were upon the same instrument. Delivery of an executed counterpart of the signature page to this Amendment by facsimile shall be effective as delivery of a manually executed counterpart of this Amendment, and any party delivering such an executed counterpart of the signature page to this Amendment by facsimile to any other party shall thereafter also promptly deliver a manually executed counterpart of this Amendment to such other party, provided that the failure to deliver such manually executed counterpart shall not affect the validity, enforceability, or binding effect of this Amendment.

    IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be duly executed and delivered by their respective officers thereunto duly authorized as of the date first above written.

| SELLER: | **AVONDALE DÉCOR, LLC** |
|---|---|
| | By: *Robert J Andris* (DocuSigned, 574B0CEC72164F7...) |
| | Name: Robert J Andris |
| | Title: Vice President |

| PURCHASER: | **CAPITAL SOLUTIONS BANCORP, LLC** |
|---|---|
| | By: *Carlos Weil* (DocuSigned, 5C75BDDCAABE480...) |
| | Name: Carlos Weil |
| | Title: C.E.O |

Avondale - Agreement - Third Amendment.docx