**Avondale**

| | | | |
|---|---:|---:|---:|
| Principal | 390,000 | | |
| Interest | 267,540 | 34% | 2,572.50 |
| Total owed | 657,540 | | |
| Discount | 30,000 | | |
| Total owed | **627,540** | 30% | $2,375.40 |

$237,540.00

| Payment Date | Payment | Principal | Interest | Discount | Principal Bal | Interest Bal | Balance | |
|---|---|---|---|---|---|---|---|---|
| 27-Sep-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $386,060.61 | $235,156.39 | $651,217.00 | Installment Paid |
| 4-Oct-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $382,121.21 | $232,772.79 | $644,894.00 | Installment Paid |
| 11-Oct-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $378,181.82 | $230,389.18 | $638,571.00 | Installment Paid |
| 18-Oct-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $374,242.42 | $228,005.58 | $632,248.00 | Installment Paid |
| 25-Oct-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $370,303.03 | $225,621.97 | $625,925.00 | Installment Paid |
| 1-Nov-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $366,363.64 | $223,238.36 | $619,602.00 | Installment Paid |
| 8-Nov-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $362,424.24 | $220,854.76 | $613,279.00 | Installment Paid |
| 15-Nov-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $358,484.85 | $218,471.15 | $606,956.00 | Installment Paid |
| 22-Nov-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $354,545.45 | $216,087.55 | $600,633.00 | Installment Paid |
| 29-Nov-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $350,606.06 | $213,703.94 | $594,310.00 | Installment Paid |
| 6-Dec-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $346,666.67 | $211,320.33 | $587,987.00 | Installment Paid |
| 13-Dec-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $342,727.27 | $208,936.73 | $581,664.00 | Installment Paid |
| 20-Dec-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $338,787.88 | $206,553.12 | $575,341.00 | Installment Paid |
| 27-Dec-23 | $6,323.00 | $3,939.39 | 2,383.61 | | $334,848.48 | $204,169.52 | $569,018.00 | Installment Paid |
| 3-Jan-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $330,909.09 | $201,785.91 | $562,695.00 | Installment Paid |
| 10-Jan-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $326,969.70 | $199,402.30 | $556,372.00 | Installment Paid |
| 17-Jan-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $323,030.30 | $197,018.70 | $550,049.00 | Installment Paid |
| 24-Jan-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $319,090.91 | $194,635.09 | $543,726.00 | Installment Paid |
| 31-Jan-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $315,151.52 | $192,251.48 | $537,403.00 | Installment Paid |
| 7-Feb-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $311,212.12 | $189,867.88 | $531,080.00 | Installment Paid |
| 14-Feb-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $307,272.73 | $187,484.27 | $524,757.00 | Installment Paid |
| 21-Feb-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $303,333.33 | $185,100.67 | $518,434.00 | Installment Paid |
| 28-Feb-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $299,393.94 | $182,717.06 | $512,111.00 | Installment Paid |
| 6-Mar-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $295,454.55 | $180,333.45 | $505,788.00 | Installment Paid |
| 13-Mar-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $291,515.15 | $177,949.85 | $499,465.00 | Installment Paid |
| 20-Mar-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $287,575.76 | $175,566.24 | $493,142.00 | Installment Paid |
| 27-Mar-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $283,636.36 | $173,182.64 | $486,819.00 | Installment Paid |

| Date | Payment | Principal | Interest | Extra | Balance 1 | Balance 2 | Total | Status |
|---|---|---|---|---|---|---|---|---|
| 3-Apr-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $279,696.97 | $170,799.03 | $480,496.00 | Installment Paid |
| 10-Apr-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $275,757.58 | $168,415.42 | $474,173.00 | Installment Paid |
| 17-Apr-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $271,818.18 | $166,031.82 | $467,850.00 | Installment Paid |
| 24-Apr-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $267,878.79 | $163,648.21 | $461,527.00 | Installment Paid |
| 1-May-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $263,939.39 | $161,264.61 | $455,204.00 | Installment Paid |
| 8-May-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $260,000.00 | $158,881.00 | $448,881.00 | Installment Paid |
| 15-May-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $256,060.61 | $156,497.39 | $442,558.00 | Installment Paid |
| 22-May-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $252,121.21 | $154,113.79 | $436,235.00 | Installment Paid |
| 29-May-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $248,181.82 | $151,730.18 | $429,912.00 | Installment Paid |
| 5-Jun-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $244,242.42 | $149,346.58 | $423,589.00 | Installment Paid |
| 12-Jun-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $240,303.03 | $146,962.97 | $417,266.00 | Installment Paid |
| 19-Jun-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $236,363.64 | $144,579.36 | $410,943.00 | Installment Paid |
| 26-Jun-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $232,424.24 | $142,195.76 | $404,620.00 | Installment Paid |
| 3-Jul-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $228,484.85 | $139,812.15 | $398,297.00 | Installment Paid |
| 10-Jul-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $224,545.45 | $137,428.55 | $391,974.00 | Installment Paid |
| 17-Jul-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $220,606.06 | $135,044.94 | $385,651.00 | Installment Paid |
| 24-Jul-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $216,666.67 | $132,661.33 | $379,328.00 | Installment Paid |
| 31-Jul-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $212,727.27 | $130,277.73 | $373,005.00 | Installment Paid |
| 7-Aug-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $208,787.88 | $127,894.12 | $366,682.00 | Installment Paid |
| 14-Aug-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $204,848.48 | $125,510.52 | $360,359.00 | Installment Paid |
| 21-Aug-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $200,909.09 | $123,126.91 | $354,036.00 | Installment Paid |
| 28-Aug-24 | $6,323.00 | $3,939.39 | 2,383.61 | | $196,969.70 | $120,743.30 | $347,713.00 | Installment Paid |
| 4-Sep-24 | $6,323.00 | $3,939.39 | 2,383.61 | $30,000.00 | $193,030.30 | $148,359.70 | $341,390.00 | Installment Paid |
| 11-Sep-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $190,759.35 | $146,630.65 | $337,390.00 | Installment Paid |
| 18-Sep-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $188,488.40 | $144,901.60 | $333,390.00 | Installment Paid |
| 25-Sep-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $186,217.45 | $143,172.55 | $329,390.00 | Installment Paid |
| 2-Oct-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $183,946.50 | $141,443.50 | $325,390.00 | Installment Paid |
| 9-Oct-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $181,675.55 | $139,714.45 | $321,390.00 | Installment Paid |
| 16-Oct-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $179,404.60 | $137,985.40 | $317,390.00 | Installment Paid |
| 23-Oct-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $177,133.65 | $136,256.35 | $313,390.00 | Installment Paid |
| 30-Oct-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $174,862.70 | $134,527.30 | $309,390.00 | Installment Paid |
| 6-Nov-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $172,591.75 | $132,798.25 | $305,390.00 | Installment Paid |
| 13-Nov-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $170,320.80 | $131,069.20 | $301,390.00 | Installment Paid |
| 20-Nov-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $168,049.85 | $129,340.15 | $297,390.00 | Installment Paid |
| 27-Nov-24 | $4,000.00 | $2,270.95 | 1,729.05 | | $165,778.90 | $127,611.10 | $293,390.00 | Installment Paid |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30-Nov-24 | | | | $165,779.10 | $127,610.90 | | Per QB amounts |
| 4-Dec-24 | $6,323.00 | $3,939.39 | $2,383.61 | $161,839.51 | $125,227.29 | $287,067.00 | Installment Paid |
| 11-Dec-24 | $6,323.00 | $3,939.39 | $2,383.61 | $157,900.12 | $122,843.69 | $280,744.00 | Installment Paid |
| 18-Dec-24 | $6,323.00 | $3,939.39 | $2,383.61 | $153,960.72 | $120,460.08 | $274,421.00 | Installment Paid |
| 25-Dec-24 | $6,323.00 | $3,939.39 | $2,383.61 | $150,021.33 | $118,076.48 | $268,098.00 | Installment Paid |
| 1-Jan-25 | $6,323.00 | $3,939.39 | $2,383.61 | $146,081.93 | $115,692.87 | $261,775.00 | Installment Paid |
| 8-Jan-25 | $6,323.00 | $3,939.39 | $2,383.61 | $142,142.54 | $113,309.26 | $255,452.00 | Installment Paid |
| 15-Jan-25 | $6,323.00 | $3,939.39 | $2,383.61 | $138,203.15 | $110,925.66 | $249,129.00 | Installment Paid |
| 22-Jan-25 | $6,323.00 | $3,939.39 | $2,383.61 | $134,263.75 | $108,542.05 | $242,806.00 | Installment Paid |
| 29-Jan-25 | $6,323.00 | $3,939.39 | $2,383.61 | $130,324.36 | $106,158.45 | $236,483.00 | Installment Paid |
| 5-Feb-25 | $6,323.00 | $3,939.39 | $2,383.61 | $126,384.96 | $103,774.84 | $230,160.00 | Installment Paid |
| 12-Feb-25 | $6,323.00 | $3,939.39 | $2,383.61 | $122,445.57 | $101,391.23 | $223,837.00 | Installment Paid |
| 19-Feb-25 | $6,323.00 | $3,939.39 | $2,383.61 | $118,506.18 | $99,007.63 | $217,514.00 | Installment Paid |
| 26-Feb-25 | $6,323.00 | $3,939.39 | $2,383.61 | $114,566.78 | $96,624.02 | $211,191.00 | Installment Paid |
| 5-Mar-25 | $6,323.00 | $3,939.39 | $2,383.61 | $110,627.39 | $94,240.42 | $204,868.00 | Installment Paid |
| 12-Mar-25 | $6,323.00 | $3,939.39 | $2,383.61 | $106,687.99 | $91,856.81 | $198,545.00 | Installment Paid |
| 19-Mar-25 | $6,323.00 | $3,939.39 | $2,383.61 | $102,748.60 | $89,473.20 | $192,222.00 | Installment Paid |
| 26-Mar-25 | $6,323.00 | $3,939.39 | $2,383.61 | $98,809.21 | $87,089.60 | $185,899.00 | Installment Paid |
| 2-Apr-25 | $6,323.00 | $3,939.39 | $2,383.61 | $94,869.81 | $84,705.99 | $179,576.00 | Installment Paid |
| 9-Apr-25 | $6,323.00 | $3,939.39 | $2,383.61 | $90,930.42 | $82,322.38 | $173,253.00 | Installment Paid |
| 16-Apr-25 | $6,323.00 | $3,939.39 | $2,383.61 | $86,991.02 | $79,938.78 | $166,930.00 | Installment Paid |
| 23-Apr-25 | $6,323.00 | $3,939.39 | $2,383.61 | $83,051.63 | $77,555.17 | $160,607.00 | Installment Paid |
| 30-Apr-25 | $6,323.00 | $3,939.39 | $2,383.61 | $79,112.24 | $75,171.57 | $154,284.00 | Installment Paid |
| 7-May-25 | $6,323.00 | $3,939.39 | $2,383.61 | $75,172.84 | $72,787.96 | $147,961.00 | Installment Paid |
| 14-May-25 | $6,323.00 | $3,939.39 | $2,383.61 | $71,233.45 | $70,404.35 | $141,638.00 | Installment Paid |
| 21-May-25 | $6,323.00 | $3,939.39 | $2,383.61 | $67,294.05 | $68,020.75 | $135,315.00 | |
| 28-May-25 | $6,323.00 | $3,939.39 | $2,383.61 | $63,354.66 | $65,637.14 | $128,992.00 | |
| 4-Jun-25 | $6,323.00 | $3,939.39 | $2,383.61 | $59,415.27 | $63,253.54 | $122,669.00 | |
| 11-Jun-25 | $6,323.00 | $3,939.39 | $2,383.61 | $55,475.87 | $60,869.93 | $116,346.00 | |
| 18-Jun-25 | $6,323.00 | $3,939.39 | $2,383.61 | $51,536.48 | $58,486.32 | $110,023.00 | |
| 25-Jun-25 | $6,323.00 | $3,939.39 | $2,383.61 | $47,597.08 | $56,102.72 | $103,700.00 | |
| 2-Jul-25 | $6,323.00 | $3,939.39 | $2,383.61 | $43,657.69 | $53,719.11 | $97,377.00 | |
| 9-Jul-25 | $6,323.00 | $3,939.39 | $2,383.61 | $39,718.30 | $51,335.51 | $91,054.00 | |
| 16-Jul-25 | $6,323.00 | $3,939.39 | $2,383.61 | $35,778.90 | $48,951.90 | $84,731.00 | |
| 23-Jul-25 | $6,323.00 | $3,939.39 | $2,383.61 | $31,839.51 | $46,568.29 | $78,408.00 | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 30-Jul-25 | $6,323.00 | $3,939.39 | $2,383.61 | $27,900.12 | $44,184.69 | $72,085.00 |
| 6-Aug-25 | $6,323.00 | $3,939.39 | $2,383.61 | $23,960.72 | $41,801.08 | $65,762.00 |
| 13-Aug-25 | $6,323.00 | $3,939.39 | $2,383.61 | $20,021.33 | $39,417.48 | $59,439.00 |
| 20-Aug-25 | $6,323.00 | $3,939.39 | $2,383.61 | $16,081.93 | $37,033.87 | $53,116.00 |
| 27-Aug-25 | $6,323.00 | $3,939.39 | $2,383.61 | $12,142.54 | $34,650.26 | $46,793.00 |
| 3-Sep-25 | $6,323.00 | $3,939.39 | $2,383.61 | $8,203.15 | $32,266.66 | $40,470.00 |
| 10-Sep-25 | $6,323.00 | $3,939.39 | $2,383.61 | $4,263.75 | $29,883.05 | $34,147.00 |
| 17-Sep-25 | $6,323.00 | $3,939.39 | $2,383.61 | $324.36 | $27,499.45 | $27,824.00 |
| 24-Sep-25 | $6,323.00 | $324.36 | $5,998.64 | | $21,500.81 | $21,501.00 |
| 1-Oct-25 | $6,323.00 | $0.00 | $6,323.00 | | $15,177.81 | $15,178.00 |
| 8-Oct-25 | $6,323.00 | $0.00 | $6,323.00 | | $8,854.81 | $8,855.00 |
| 15-Oct-25 | $6,323.00 | $0.00 | $6,323.00 | | $2,531.81 | $2,532.00 |
| 22-Oct-25 | $2,532.00 | $0.00 | $2,532.00 | | -$0.19 | $0.00 |
| | $657,540.00 | $390,000.00 | $267,540.00 | | | |

**Loan resumes to original amount - will correct at this time.**

Year End Amounts per QB:

| Other Current Assets | |
|---|---:|
| 1778 · Loan-Avondale-Interest | 118,076.46 |
| 1777 · Loan-Avondale-Principal | 150,021.54 |
| 1380 · Unearned Revenue | 118,076.46 |