# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT J. ANDRIS et al., | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-00450-JES-NPM |
| CAPITAL SOLUTIONS BANCORP, LLC, | |
| Defendant. | |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 2.01(A)

PLEASE TAKE NOTICE that Luis F. Quesada Machado, Esq. was admitted to the bar of the Middle District of Florida on June 6, 2025, and is authorized to practice in this Court pursuant to M.D. Fla. L.R. 2.01(a).

Dated: June 10, 2025

Respectfully submitted,

By: */s/Luis F. Quesada Machado*
Luis F. Quesada Machado, Esq.
Florida Bar No. 1010305
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
P: (305) 570-2208
F: (305) 503-7206
lquesada@ayalalawpa.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Luis F. Quesada Machado*
Luis F. Quesada Machado, Esq.

1