UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROBERT J. ANDRIS et al.,

    Plaintiffs,

v.                                                  Case No. 2:25-cv-00450-JES-NPM

CAPITAL SOLUTIONS BANCORP, LLC,

    Defendant.

**NOTICE OF COMPLIANCE WITH LOCAL RULE 2.01(A)**

PLEASE TAKE NOTICE that Ryan M. Sawal, Esq. was admitted to the bar of the Middle District of Florida on June 12, 2025, and is authorized to practice in this Court pursuant to M.D. Fla. L.R. 2.01(a).

Dated: June 13, 2025

                                                Respectfully submitted,

                                                By: */s/ Ryan M. Sawal*
                                                     Ryan M. Sawal, Esq.
                                                     Florida Bar No. 1038500
                                                   **Ayala Law, P.A.**
                                                     2490 Coral Way, Ste 401
                                                     Miami, FL 33145
                                                     P: (305) 570-2208
                                                     F: (305) 503-7206
                                                     rsawal@ayalalawpa.com
                                                     *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

                                                             By: */s/ Ryan M. Sawal*
                                                                 Ryan M. Sawal, Esq.