## <u>AFFIDAVIT OF SERVICE</u>

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:25-CV-00450-JES-NPM

Plaintiff:
**ROBERT J. ANDRIS, AND AVONDALE SECOR, LLC**

vs.

Defendant:
**CAPITAL SOLUTIONS BANCORP, LLC**

For:
Eduardo A. Maura, Esq.
Ayala Law Pa
1390 Brickell Avenue, Suite 335
Miami, FL 33131

Received by Global Process Services on the 10th day of June, 2025 at 12:16 pm to be served on **CAPITAL SOLUTIONS BANCORP, LLC C/O MARTIN PAEZ, 7250 HEAVEN LN, FORT MYERS, FL 33908**.

I, Martin White, being duly sworn, depose and say that on the **25th day of June, 2025** at **8:20 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and First Amended Complaint** with the date and hour of service endorsed thereon by me, to: **CARLOS WEIL** as **DESIGNATED AGENT/CONSULTANT** for **CAPITAL SOLUTIONS BANCORP, LLC C/O MARTIN PAEZ**, at the address of: **27257 ARROYAL RD., BONITA SPRINGS, FL 34135**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:

Service was first attempted at 7250 HEAVEN LN, FORT MYERS, FL 33908 to find this to be a vacant lot where a private residence once stood.

Service was then attempted at the second address of: 12761 WORLD PLAZA LN, FORT MYERS, FL 33907 and found this to have two units. One being SVN Commercial Partners and the other being vacant.

Located and served at the private residence of Carlos Well, consultant of Capital Solutions Bancorp who shared that he was authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Pursuant to FL Statute 92.525 there is no Notary Required. Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

State of Florida
County of Charlotte

The foregoing instrument was acknowledged before me this 1 day of July, 20 25 by means of X physical presence or __ online notarization of Martin White (affiant) who is personally known to me or produced a state drivers license.

_Jonathan Edge_
NOTARY PUBLIC SIGNATURE

Jonathon Edge
NOTARY NAME (PRINTED/TYPED)

JONATHAN EDGE
Notary Public - State of Florida
Commission # HH 347789
My Comm. Expires Mar 25, 2027

**Martin White**
207598

**Global Process Services**
PO Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2025003215
Ref: AL/3215/2064

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

ROBERT J. ANDRIS, and
AVONDALE DECOR, LLC,

*Plaintiff(s)*

v.

CAPITAL SOLUTIONS BANCORP, LLC,

*Defendant(s)*

Civil Action No. 2:25-cv-00450-JES-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPITAL SOLUTIONS BANCORP, LLC
c/o Martin Paez
7250 Heaven Ln
Fort Myers, FL 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eduardo A. Maura, Esq.
Ayala Law, P.A.
2490 Coral Way, Ste 401
Miami, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KatrinaElliott

Date: June 4, 2025

*Signature of Clerk or Deputy Clerk*