**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No.: 2:25-cv-450-JES-NPM

ROBERT J ANDRIS, and
AVONDALE DÉCOR, LLC,

    Plaintiffs,

v.

CAPITAL SOLUTIONS BANCORP, LLC,

    Defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**DEFENDANT AND DESIGNATION OF EMAIL ADDRESSES**

**PLEASE TAKE NOTICE** that Loren & Kean Law has entered its appearance in this matter as counsel for Defendant, Capital Solutions Bancorp, LLC and requests that copies of all future pleadings, papers and correspondence be provided to the attention of the undersigned at the following email addresses:

| | | |
|---|---|---|
| Bruce E. Loren, Esq. | Primary:<br>Secondary: | bloren@lorenkeanlaw.com<br>clucht@lorenkeanlaw.com |
| Allen J. Heffner, Esq. | Primary:<br>Secondary: | aheffner@lorenkeanlaw.com<br>mmarin@lorenkeanlaw.com |

Dated: July 14, 2025

    Respectfully submitted,

s/ Allen J. Heffner
**ALLEN J. HEFFNER**
Florida Bar No. 84252
aheffner@lorenkeanlaw.com
mmarin@lorenkeanlaw.com

s/ Bruce E. Loren
**BRUCE E. LOREN**
Florida Bar No. 947105
bloren@lorenlawfirm.com
clucht@lorenlawfirm.com

**LOREN & KEAN LAW**
7121 Fairway Drive, Suite 104
Palm Beach Gardens, FL  33418
Phone:(561) 615-5701
Fax:    (561) 615-5708

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by using the CM/ECF system on July 14, 2025 on all counsel or parties of record.

s/ Bruce E. Loren
**BRUCE E. LOREN**
Florida Bar No. 947105
bloren@lorenlawfirm.com
clucht@lorenlawfirm.com

s/ Allen J. Heffner
**ALLEN J. HEFFNER**
Florida Bar No. 84252
aheffner@lorenkeanlaw.com
mmarin@lorenkeanlaw.com