UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**AVONDALE DECOR, LLC** and **ROBERT J. ANDRIS**,

    Plaintiffs,

v.                                                             2:25-cv-450-JES-NPM

**CAPITAL SOLUTIONS BANCORP, LLC**,

    Defendant.

_____

| Judge: | Nicholas P. Mizell | **Counsel for Plaintiff** | Luis Fernando Quesada Machado |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Allen Jay Heffner |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | September 4, 2025 10:15 AM | **Total Time** | 8 minutes |

**Rule 16(b) Conference**

Court discussed case management, scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file Notice of selection of mediator. Court grants 2 weeks.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.