UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT J. ANDRIS, AND
AVONDALE DÉCOR, LLC,

    Plaintiffs,

v.                                                                      Case No. 2:25-CV-450-JES-NPM

CAPITAL SOLUTIONS BANCORP,
LLC,

    Defendant.

_____

## JOINT NOTICE OF DESIGNATION OF MEDIATOR

Pursuant to the Order entered September 5, 2025, the parties, by and through counsel, jointly submit this report stating that they have Lance A. Harke to serve as mediator in the above-captioned case. The parties certify that the mediator, Lance A. Harke, has agreed to the selection.

Dated: September 16, 2025

                                Respectfully submitted,

                                By: */s/Eduardo A. Maura*
                                   Eduardo A. Maura, Esq.
                                   Florida Bar No. 91303
                                   eduardo@ayalalawpa.com
                                   Luis F. Quesada Machado, Esq.
                                   Florida Bar No. 1010305
                                   lquesada@ayalalawpa.com
                                   Ryan M. Sawal, Esq.
                                   Florida Bar No. 1038500
                                   rsawal@ayalalawpa.com
                                   **Ayala Law, P.A.**
                                   2490 Coral Way, Ste 401
                                   Miami, FL 33145
                                   P: (305) 570-2208
                                   *Counsel for Plaintiff*
                                   */s/ Allen J. Heffner*

Allen J. Heffner, Esq.
Florida Bar No. 84252
aheffner@lorenkeanlaw.com
**Loren & Kean Law**
7121 Fairway Drive, Suite 104
Palm Beach, FL 33418
Phone: (561) 615-5701
Fax: (561) 615-5708
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record. I further certify that a copy of the foregoing document will be served via email upon Lance A. Harke at LHarke@uww-adr.com.

By: */s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No. 91303

2