UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Case No. 2:25-cv-00450-JES

ROBERT J. ANDRIS et al.,

    Plaintiffs,

v.

CAPITAL SOLUTIONS BANCORP, LLC,

    Defendant.

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Robert J. Andris and Avondale Decor, LLC hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order [ECF No. 29], entered in this action on January 21, 2026.

Dated: February 11, 2026

                Respectfully submitted,

By: */s/Luis F. Quesada Machado*
Eduardo A. Maura, Esq.
Florida Bar No. 91303
eduardo@ayalalawpa.com
Luis F. Quesada Machado, Esq.
Florida Bar No. 1010305
lquesada@ayalalawpa.com
Ryan M. Sawal
Florida Bar No. 1038500
rsawal@ayalalawpa.com
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
P: (305) 570-2208
F: (305) 503-7206
*Counsel for Plaintiffs Robert J. Andris and Avondale Decor, LLC*

**CERTIFICATE OF SERVICE**

I certify that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Luis F. Quesada Machado*
Luis F. Quesada Machado, Esq.