**FIRST AMENDMENT**

**SECURED PROMISSORY NOTE DATED SEPTEMBER 19TH 2023**

THIS AMENDMENT (the "Amendment") is made and entered into as of September 6th, 2024, by and amongst **AVONDALE DÉCOR, LLC (**"Maker"**)** and **CAPITAL SOLUTIONS BANCORP, LLC** ("Payee") (all together, "The Parties").

This Amendment hereby supersedes any terms or conditions which conflict, or are inconsistent with any terms or conditions contained in the Promissory Note between The Parties dated September 19th 2023.

> Effective September 9th, 2024, and for all payments during September, October and November of 2024, the weekly installments will be reduced to $4,000 per week. Starting December 1st, 2024, weekly installments will resume at $6,323.00.

IN WITNESS WHEREOF, the Parties have executed this agreement on the day and year first above written.


**Avondale Decor, LLC**                    **CAPITAL SOLUTIONS BANCORP, LLC**

By: _Mr. Robert Andris_ 9/6/2024 | 11:42 AM PDT    By: _Carlos Weil_ 9/6/2024 | 11:41 AM PDT
574B0CEC72164F7...                                    5C75BDDCAABE480...

Name: Mr. Robert Andris                      Name: Carlos Weil

Title: Vice President                        Title:     CEO