

**Capital Solutions Bancorp**

HEALTHCARE PROVIDERS   HOSPICE + HOME CARE   HOW IT WORKS   WHY CSB?

GET STARTED!   SUBCHAPTER V



# Fast. Easy. No Hassles.

If you've been trying to jump through the traditional-bank hoops, you'll be surprisingly relieved to see how easy our approval process is!

- Apply today... at no cost to you
- Get your funds in seven days or less
- No obligation, no risk... guaranteed!



We look at where you're going, not where

# We look at where you're going, not where you've been

At Capital Solutions Bancorp, we understand that businesses go through ups and downs. Banks will judge you solely on your financial statements. We look at the big picture.

**LET'S TALK!**



**Get funded in 7 days or less!**



**Safe and secure**



**No Application Fee**



**No long term contract.**

## It's like making all your customers COD!

Expect to see 99% of your receivables financed the same day you submit your invoices. We wire the funds so they will be available to you the same day, in as little as 30 minutes.

**We assume the risk for non-payment**





### We assume the risk for non-payment

If one of your clients goes bankrupt, we take the loss, not you!

# Imagine what you can do without any cash flow headaches!

*With ample cash flow, you can:*

- Have needed resources to get new clients - with confidence.

- Cut worries in making payroll, tax payments, and dealing with cash flow issues.

- Gain confidence in handling any cash flow situation.

- Keep staff turnover low.

- Win and consolidate your market share.

---

With the assistance of Capital Solutions Bancorp and your wonderful, very professional team, we concluded last year with an increase in revenue exceeding 50%! You provided the necessary capital to fund the continuing growth generated by our outstanding team.

Capital Solutions is in a "category of one." All the promises or commitments you made have been kept. Capital Solutions knows its customer's needs and delivers on it every time...no

After 25 years of business we found ourselves in financial distress due to circumstances beyond our control. Things we getting worse... we no longer had the funds to float payroll and bills when our clients were slow to pay.

We were skeptical because Capital Solutions seemed like the answer to our problems, but things too good to be true usually are. We went into it expecting something to blindside us down the road.

It has almost been a year now and we owe our

With the assistance of Capital Solutions Bancorp and your wonderful, very professional team, we concluded last year with an increase in revenue exceeding 50%! You provided the necessary capital to fund the continuing growth generated by our outstanding team.

Capital Solutions is in a "category of one." All the promises or commitments you made have been kept. Capital Solutions knows its customer's needs and delivers on it every time...no exceptions.

**David Haynes, CEO**
HaynesBesco Group

After 25 years of business we found ourselves in financial distress due to circumstances beyond our control. Things we getting worse... we no longer had the funds to float payroll and bills when our clients were slow to pay.
We were skeptical because Capital Solutions seemed like the answer to our problems, but things too good to be true usually are. We went into it expecting something to blindside us down the road.

It has almost been a year now and we owe our continue success to Capital Solutions. They have done everything they claimed they would do. Everything is transparent, professional and an unexpected bonus – they are warm and friendly too.



**KC Freel, VP**
Professional Transcriptions of Northwest Florida

It is not often I write another executive on matters of performance based on commitments. ...Everything you committed to me came true. The experience my staff has had interacting with your team has been nothing but professionalism at its finest. You have greatly assisted my company to vastly improve our cash flow stability.

What a wonderful experience this has been and more importantly you are a man of your word and that speaks columns for your organization.



**Harry Timmons,**



**Harry Timmons, President**

F4W



## Risk-Free Guarantee

If you are not absolutely delighted with our service within the first 30 days of funding, you can leave and get 100% of your fees refunded to you. NO QUESTIONS ASKED!

# Get the flexible funding you need in 7 days or less!

Simply call us at (800) 499-6179, or click below to discuss all your options in less than 10 minutes!

**LET'S TALK!**



## CAPITAL SOLUTIONS BANCORP

**Your Privacy is Guaranteed.** We will never give, lease or sell your personal information. Period.

© 2014-2022 Capital Solutions Bancorp,

Phone: (800) 499-6179

Fax: (239) 277-5408

**CONTACT US**

12761 World Plaza Lane
Fort Myers, FL 33907

**FIND US**

HEALTHCARE PROVIDERS

HOSPICE + HOME CARE

HOW IT WORKS

WHY CSB?

GET STARTED!

SUBCHAPTER V

CONTACT US

ABOUT US

FAQ

TESTIMONIALS