**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROBERT J. ANDRIS, AND
AVONDALE DÉCOR, LLC,

      Plaintiffs,

v.                                                                    Case No. 2:25-CV-450-JES-NPM

CAPITAL SOLUTIONS BANCORP,
LLC,

      Defendant.

_____

**NOTICE OF DESIGNATION OF MEDIATOR**

      PLEASE TAKE NOTICE that the Plaintiffs, by and through undersigned counsel, submit

this notice stating that the parties have selected Lance A. Harke to serve as mediator in the above-

captioned case. The parties certify that the mediator, Lance A. Harke, has agreed to the selection.

Dated: August 3, 2026

                                Respectfully submitted,

                                By: */s/Luis F. Quesada Machado, Esq.*
                                  Luis F. Quesada Machado, Esq.
                                  Florida Bar No. 1010305
                                  lquesada@ayalalawpa.com
                                  Eduardo A. Maura, Esq.
                                  Florida Bar No. 91303
                                  eduardo@ayalalawpa.com
                                  Ryan M. Sawal, Esq.
                                  Florida Bar No. 1038500
                                  rsawal@ayalalawpa.com
                                **Ayala Law, P.A.**
                                  2490 Coral Way, Ste 401
                                  Miami, FL 33145
                                  P: (305) 570-2208
                                  *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

By: */s/Luis F. Quesada Machado, Esq.*
Luis F. Quesada Machado, Esq.

2