**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

ROBERT J ANDRIS, and
AVONDALE DÉCOR, LLC,

      Plaintiffs,

v.

CAPITAL SOLUTIONS BANCORP,
LLC,

      Defendant.

Case No.: 2:25-cv-450-JES-NPM

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND TO COMPLETE MEDIATION**

Plaintiffs Robert J. Andris and Avondale Décor, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, respectfully request that this Court grant a 120-day extension of the upcoming case management deadlines and grant an extension of time for the parties to complete mediation, and in support thereof states:

1.      On May 28, 2025, Plaintiffs filed their Complaint against Defendant. *See* D.E. 1.

2.      On September 5, 2025, this Court entered its Case Management and Scheduling Order. *See* D.E. 24.

3.      Under the Case Management and Scheduling Order, the deadline for completing mediation is August 7, 2026. *Id.*

4.      This action was previously on appeal, which when pending had set mediation to occur on May 6, 2026.

5.      However, the appeal has since been dismissed by the 11th Circuit, which subsequently canceled this mediation.

1

6.      Due to the appeal and the procedural posture of the case the case is currently unripe for substantive settlement negotiations.

7.      The parties have agreed to Lance A. Harke to conduct mediation and are currently coordinating a mediation date upon which all parties are available.

8.      "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

9.      Consequently, Plaintiffs ask that the Court extend all upcoming deadlines in its Case Management and Scheduling Order by one hundred twenty (120) days to allow sufficient time for both parties to agree upon a mediator, schedule and complete mediation, adequately prepare for trial, and comply with the Court's scheduling requirements.

10.     Defendant does not oppose the relief requested herein.

11.     This request is made in good faith and in no way to hinder or delay this action. No party will be unduly prejudiced if the requested extension of time is granted.

WHEREFORE, Plaintiffs Robert Andris and Avondale Décor, LLC respectfully request that this Court enter an Order extending all upcoming Case Management and Scheduling Order deadlines by 120 days; and awarding any and all further relief that this Court deems just and proper.

Dated: August 3, 2026

Respectfully submitted,

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303
    eduardo@ayalalawpa.com
    Luis F. Quesada Machado, Esq.
    Florida Bar No. 1010305
    lquesada@ayalalawpa.com
    Ryan M. Sawal, Esq.
    Florida Bar No. 1038500

2

rsawal@ayalalawpa.com
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
P: (305) 570-2208
F: (305) 503-7206
*Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

Pursuant to M.D.. Fla. L.R. 3.01(g), I hereby certify that on August 3, 2026, I, counsel for the moving party, conferred with counsel for Defendant via email, discussing the relief requested by this Motion, and Defendant's counsel agrees with the relief sought in this Motion.

By: */s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No. 91303

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No. 91303

3