# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

AVONDALE DÉCOR, LLC and
ROBERT J. ANDRIS,
     Plaintiffs,

v.                                                    2:25-cv-450-KCD-NPM

CAPITAL SOLUTIONS BANCORP, LLC,
     Defendant.

---

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having granted Plaintiff's construed unopposed motion to amend the scheduling order, the court revises the scheduled deadlines and events as set forth below:

| DEADLINE | DATE |
|---|---|
| **Rule 26(a)(2) Expert Disclosures** | Plaintiff: 10/31/2026<br>Defendant: 11/30/2026<br>Rebuttal: 12/30/2026 |
| **Discovery and Motions to Compel Discovery** | 1/29/2027 |
| **Mediation** | 2/5/2027 |
| **Dispositive and *Daubert* Motions[1]** | 2/26/2027 |
| **Final Pretrial Meeting** | 7/30/2027 |
| **Motions in Limine** | 8/9/2027 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form** | 8/13/2027 |

---

[1] *Daubert* motions must not be titled or filed as motions to strike. When filing via CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Conference** | 8/27/2027 |
| **Monthly Trial Term** | 9/1/2027 |

All other provisions of the court's prior scheduling order remain in effect.

**ORDERED** on August 5, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge