**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROBERT J. ANDRIS, AND
AVONDALE DÉCOR, LLC,

Plaintiffs,

v. Case No. 2:25-CV-450-JES-NPM

CAPITAL SOLUTIONS BANCORP,
LLC,

Defendant.

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the Plaintiffs, by and through undersigned counsel, hereby give notice that the parties have agreed to set the mediation conference in this matter with **Lance A. Harke** on **December 16, 2026**, at **10:00 am.**

Dated: September 16, 2026

Respectfully submitted,

By: */s/Ryan M. Sawal, Esq.*

Ryan M. Sawal, Esq.
Florida Bar No. 1038500
rsawal@ayalalawpa.com
Luis F. Quesada Machado, Esq.
Florida Bar No. 1010305
lquesada@ayalalawpa.com
Eduardo A. Maura, Esq.
Florida Bar No. 91303
eduardo@ayalalawpa.com
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
P: (305) 570-2208
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

By: */s/Ryan M. Sawal, Esq.*
Ryan M. Sawal, Esq.